CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-2103           DIVISION " "           SECTION " "

DARRICK LIVAS, SR., DARRICK LIVAS JR.,
CANTRELL LIVAS AND DERRICK WALKER

VERSUS

ACE AMERICAN INSURANCE COMPANY, HEARTLAND EXPRESS
INC. OF IOWA, AND RYAN PAHLKOTTER

FILED: _____        _____
                                       DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of DARRICK LIVAS, SR., DARRICK LIVAS JR., CANTRELL LIVAS AND DERRICK WALKER (hereinafter " LIVAS, SR., LIVAS JR., C. LIVER AND WALKER") persons of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, does with respect represent that:

I.

That made defendants herein are:

1. **Ryan Pahlkotter, (hereinafter "PAHLKOTTER"),** a person of the full age of majority and domiciled in the City of Brooksville, State of Florida;

2. **Heartland Express of Iowa, (hereinafter "HEARTLAND"),** a foreign trucking company authorized to do and doing business in the State of Louisiana;

3. **Ace American Insurance Company, (hereinafter "ACE AMERICAN")** a foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants, **PAHLKOTTER, HEARTLAND AND ACE AMERICAN,** are justly and truly indebted unto your petitioner's for the following reasons to-wit:

III.

On or about May 16, 2011, petitioner's, LIVAS SR., LIVAS JR., C. LIVAS AND WALKER, were traveling west in the left lane and entered the ramp of Interstate

EXHIBIT B

VERIFIED
Angela Davis
Deputy Clerk

10 West, when suddenly and without warning a vehicle being operated by **PAHLKOTTER** and owned by **HEARTLAND**, illegally changed lanes and collided with the plaintiff's causing injuries.

IV.

The above described collision was caused solely by the negligence of the defendant, **PAHLKOTTER**, which negligence is more particularly described as follows:

a. Failing to see what he should have seen;

b. Failing to maintain proper control of his vehicle;

c. Improper lane change;

d. Operating his vehicle in a reckless and careless manner;

f. Any and all other acts of negligence which may be proved at trial.

V.

That as a result of the above negligence, your Petitioners sustained the following injuries:

### *DARRICK LIVAS SR.*

1. Herniated cervical disc;
2. Herniated lumbar disc;
3. Acute left shoulder starin;

### *DARRICK LIVAS JR.*

1. Acute lumbar muscle strain;
2. Acute bilateral wrist strain;
3. Acute cervical muscle strain;

### CANTRELL LIVAS

1. Acute left trapezious strain;
2. Cervical strains and sprains;
3. Acute upper and lower extremity strain;
4. Herniated cervical disc.

## DERRICK WALKER

1. Acute right flank strain;

2. Acute left shoulder strain

3. Acute Post-traumatic Cephalgia;

4. Meniscus tear in left knee;

5. Acute trapezius strain;

6. Acute cervical strain.

### VI.

That as a result of the above negligence, your Petitioners', LIVAS SR., LIVAS JR., C. LIVAS AND WALKER suffered the following damages for which they are entitled to recover from the defendants, in solido, in amounts that will be shown through discovery and proven at trial:

> Past, present and future medicine, drugs, hospitalization, medical care, pain and suffering, residual disabilities, mental anguish, emotional upset and distress and rental car expenses.

Your Petitioners pray for those damages that are just and reasonable under the facts and circumstances of this case, exclusive of interest and cost.

### VII.

At all material times herein mentioned, defendant, ACE AMERICAN, had issued a policy of liability insurance in favor of HEARTLAND AND PAHLKOTTER under which said policy ACE AMERICAN obligated itself to pay the damages sustained by plaintiffs. Accordingly, petitioners has a right of direct action against ACE AMERICAN as the liability insurance carrier of HEARTLAND AND PAHLKOTTER.

### VIII.

As a result of the above described collision, petitioners have sustained serious, painful and disabling injuries and they seek damages for past and future medical expenses, past and future pain and suffering, and past and future mental and emotional suffering. Plaintiffs seek damages which are reasonable in the premises.

X.

Upon information and belief, **PAHLKOTTER**, was employed by HEARTLAND, and as such, HEARTLAND is liable to the plaintiffs' pursuant to the theory of *respondeate superior*.

IX.

At all times, **PAHLKOTTER** had permission to use the vehicle owned by HEARTLAND and on information and belief, was on a mission for **HEARTLAND**.

WHEREFORE petitioners, **LIVAS SR., LIVAS JR., C. LIVAS AND WALKER**, prays that the defendants be duly cited and served with a copy of the petition for damages and that after due proceedings are had that there be judgment herein in their favor and against the defendants, **PAHLKOTTER, HEARTLAND AND ACE AMERICAN**, jointly, severally and in solido, in an amount sufficient to compensate plaintiffs for the damages they sustained in addition to legal interest thereon from date of judicial demand until paid, and all costs of these proceedings.

Respectfully submitted,

*/s/ Michael D. Riley*

MICHAEL D. RILEY  (#17116)
KEVIN M. RILEY (# 34056)
833 Baronne Street
New Orleans, Louisiana  70113
Telephone: (504) 588-1110
Facsimile :(504) 588-1954

PLEASE SERVE:

RYAN PAHLKOTTER
THROUGH LOUISIANA LONG ARM STATUE
516 CARRICK STREET
BROOKSVILLE, FL 34601

HEARTLAND EXPRESS INC. OF IOWA
THROUGH LOUISIANA LONG ARM STATUE
901 N. KANSAS AVENUE
NORTH LIBERTY, IA 52317

ACE AMERICAN INSURANCE COMPANY
THROUGH LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGH, LOUISIANA 70809

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 12-2103                                                                DIV.: "A"

DARRICK LIVAS, SR., DARRICK LIVAS, JR.
CANTRELL LIVAS AND DERRICK WALKER

VERSUS

ACE AMERICAN INSURANCE COMPANY, HEARTLAND EXPRESS, INC.
AND RYAN PAHLKOTTER

FILED: _____        _____
                                                                DEPUTY CLERK

## MOTION AND ORDER TO ENROLL CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff, Derrick Walker, and on suggesting to the Court that plaintiff has been represented in this matter by attorney Michael D. Riley; and on further suggesting to the Court that plaintiff wishes to enroll Patrick G. Kehoe, Jr., 833 Baronne Street, New Orleans, Louisiana 70113, as co-counsel of record.

IT IS ORDERED ADJUDGED AND DECREED that Patrick G. Kehoe, Jr., 833 Baronne Street, New Orleans, Louisiana 70113, is hereby enrolled and recognized as co-counsel of record in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
JUDGE

Respectfully submitted,

_____
PATRICK G. KEHOE, JR. #14419
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

"Recognized as Notice of Enrollment pursuant to District Court Rule 9.12 effective January 4, 2004."

AND

MICHAEL D. RILEY #17116
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS

VERIFIED
3/9/12 J.Nuyent

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing a copy of same in the United States Mail, properly addressed, postage pre-paid and/or via facsimile this 9th day of March, 2012.

_____
Patrick G. Kehoe, Jr.

ATTORNEY'S NAME: Riley, Michael  17116
AND ADDRESS: 833 Baronne St
New Orleans    LA 70112-2995

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:    2012 -- 02103    1    DIVISION: A    SECTION: 15

LIVAS, DARRICK SR.  ET AL VERSUS ACE AMERICAN INSURANCE COMPANY  ET AL

### CITATION

TO: ACE AMERICAN INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE
BATON ROUGE    LA    70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

*[Stamp: MAR 19 2012 — I made service on the named party through the Office of the Secretary of State by tendering a copy of this document to ☐ JULIE NESBITT  ☐ TAMMY GLOVER  ☐ MEGHAN SHANKS. Cummings, East Baton Rouge, Louisiana, Deputy Sheriff]*

*[Stamp: RECEIVED MAR 12 12:09]*

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    March 2, 2012    .

Clerk's Office, Room 402, Civil Courts            DALE N. ATKINS, Clerk of
421 Loyola Avenue                                 The Civil District Court
New Orleans, LA                                   for the Parish of Orleans
                                                  State of LA
                                                  by _____
                                                          Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| FOR DAMAGES | FOR DAMAGES |
| On  ACE AMERICAN INSURANCE COMPANY | On  ACE AMERICAN INSURANCE COMPANY |
| THROUGH: THE LOUISIANA SECRETARY OF STATE | THROUGH: THE LOUISIANA SECRETARY OF STATE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ ACE AMERICAN INSURANCE COMPANY |
| Returned same day     No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | being absent from the domicile at time of said service. |
| ____/ ENTERED /____ | Returned same day     No. _____ |
| PAPER    RETURN | Janice LeCesne Deputy Clerk |
| SERIAL NO.   DEPUTY   PARISH   Deputy Sheriff of | |

*[Stamps: A TRUE COPY; VERIFIED; DEPUTY CLERK, CIVIL DISTRICT COURT, PARISH OF ORLEANS, STATE OF LOUISIANA]*

3/26/12